ANTOINETTE LAFICA, Respondent, v. JOSEPH BLAKE, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order denies defendant's motion to dismiss plaintiff's complaint for failure to file and serve note of issue in an automobile negligence action.) Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

ALBERT PASTECKI, Respondent, v. GENESEE STONE PRODUCTS COMPANY, Appellant.— Order reversed on the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. (See *delBusto* v. *DuPont deNemours & Company, Inc.*, 167 Misc. 920; affd., 259 App Div. 1070; appeal denied, 260 id. 842; 284 N. Y. 817; Statute of Limitations set forth in section 66 of article 4-A, Workmen's Comp. Law.) All concur, Cunningham, J., in result. (The order denies defendant's motion to dismiss plaintiff's complaint in a negligence action.) Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

UNION FREE SCHOOL DISTRICT NO. 11 OF THE TOWN OF URBANA, STEUBEN COUNTY, Respondent, v. THE COUNTY OF STEUBEN and Others, Appellants.— Judgment affirmed, with costs. All concur. (The judgment is for plaintiff in an action to recover uncollected school taxes.) Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ. [178 Misc. 415.]